# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EVELYN GOMEZ | ) | |
| | ) | |
| *Plaintiff-Appellee*, | ) | |
| | ) | No.15-cv-04499 |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | The Honorable |
| | ) | Samuel Der-Yeghiayan, |
| | ) | Judge Presiding |
| *Defendant-Appellant*. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Defendant, Portfolio Recovery Associates, LLC ("Portfolio"), by undersigned counsel, moves for entry of judgment, and in support of this motion states as follows.

1. On July 19, 2016, the court entered an order finding that defendant, Portfolio Recovery Associates, LLC, had violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(8), but reserving the question of damages (Docket no. 67).

2. On March 31, 2017, the parties stipulated to the amount of damages in the amount of $1,000, with the defendant reserving the right to appeal the underlying liability finding (Docket no. 84).

3. Thereafter, the parties litigated the plaintiff's motion for attorney's fees and costs, resulting in an order awarding plaintiff $54,445.90, entered July 26, 2017 (Docket no. 99).

4. Defendant thereafter appealed within 30 days, but has discovered that no order was ever entered pursuant to the liability finding of July 19, 2016 and the parties'

stipulation. Nor has judgment ever been entered on a separate document as required by Rule 58 of the Federal Rules of Civil Procedure. See *Perry v. Sheet Metal Workers' Local No. 73 Pension Fund*, 585 F.3d 358, 362 (7th Cir. 2009).

Wherefore, defendant, Portfolio Recovery Associates, LLC, requests entry of a separate judgment with respect to the plaintiff's main claim which was determined by the liability finding of July 19, 2016 and the subsequent stipulation of the parties.

/s/ Raven B. Mackey
One of the attorneys for defendant
-appellant, Portfolio Recovery Associates, LLC

David M. Schultz
Raven B. Mackey
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
312-704-3000
dschultz@hinshawlaw.com
rmackey@hinshawlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Motion for Entry of Judgment** of Portfolio Recovery Associates, LLC by using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Raven B. Mackey